1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-Mail: btran@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | DIRECTV, INC., a California corporation, | Case No. CV 04-3818 PVT
12 | Plaintiff, | Hon. Patricia V. Trumbull
13 | vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT BARRY BLYLER AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**
14 | BARRY BLYLER, |
15 | Defendant. |

16

17    IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.
18 ("DIRECTV") and Defendant BARRY BLYLER ("Defendant"), through their respective counsel
19 of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant
20 to Fed. R. Civ. P. 41(a)(1), **only** as to Defendant. Each of said parties to bear its/his own costs
21 and attorney's fees.
22    The terms of the Confidential Settlement Agreement dated May 24, 2005
23 ("Agreement") entered into between the Defendant and DIRECTV require installment payments
24 from Defendant, the last of which is not due to be received until May 24, 2006, and the
25 performance of other obligations that will not be completed until June 2008. If the Defendant
26 does not timely or fully perform these obligations when due, DIRECTV is authorized to seek
27 enforcement of those obligations, including the entry of a Judgment in this action against
28 Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties

1 concurrently with the Agreement. The parties therefore have consented, and hereby further
2 stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a
3 Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement,
4 including entering a Judgment against Defendant pursuant to the Stipulation. The parties
5 therefore respectfully request that the Court retain such jurisdiction.

6 DATED: May 31, 2005            Respectfully Submitted,

7                                BUCHALTER, NEMER, FIELDS & YOUNGER
                                 A Professional Corporation
8

9

10                               By: _____
                                     Brandon Q. Tran
11                                   Attorneys for Plaintiff DIRECTV, Inc.

12 DATED: May 31, 2005            PARR LAW GROUP

13

14
                                 By: _____
15                                   Shawn R. Parr
                                     Attorneys for Defendant BARRY BLYLER
16

17                                      **ORDER**

18        HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary
19 Dismissal of Defendant Barry Blyler and Request to Retain Jurisdiction, and such other
20 pleadings, documents and records deemed appropriate by the Court, and good cause appearing
21 therefore, IT IS HEREBY ORDERED:
22        (1)    Defendant Barry Blyler is hereby dismissed from this action without
23 prejudice;
24        (2)    Each of said parties to bear its/his own costs and attorney's fees; and
25        (3)    The Court shall retain jurisdiction over DIRECTV, Inc. and Defendant
26 Barry Blyler to enforce the terms described above of the Settlement Agreement between those
27 parties dated May 24, 2005 and hereby refers any further proceedings in this action to enforce
28

1  such terms of the Settlement Agreement to a Magistrate Judge of this District.

2  Dated: 7/8/05

3                                    /s/ Patricia V. Trumbull
                                    Honorable Patricia V. Trumbull
4                                   United States District Court
                                    Northern District of California

BNFY 558209v1                        -3-                        (CV 04-3818 PVT)
STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT BARRY BLYLER AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON